Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Missy Marrel Carson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSY MARREL CARSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00004-EPG<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 25). |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SIX THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($6,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and cost in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                        Respectfully submitted,

Dated: October 31, 2022                    /s/ *Jonathan O. Peña*
                                          JONATHAN O. PEÑA
                                          Attorney for Plaintiff

Dated: October 31, 2022            PHILLIP A. TALBERT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation
                                          Social Security Administration

                                    By:   *_ *Oscar Gonzalez de Llano*
                                          Oscar Gonzalez de Llano
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant
                                          (*Permission to use electronic signature obtained via email on October 28, 2022).

**ORDER**

Based upon the parties' stipulation (ECF No. 25), IT IS ORDERED that fees and expenses in the amount of SIX THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($6,100.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation. The Clerk of Court is respectfully directed to terminate Plaintiff's motion for attorney fees (ECF No. 23), and all pending deadlines.

IT IS SO ORDERED.

Dated: __November 1, 2022__        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE